MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ANTOINETTE KALANJIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:17-cv-01414-GSA<br><br>JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Opening Brief be extended from July 5, 2018 to August 9, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief.

Defendant requests this extension due to her counsel's intermittent absence from office in June 2018 and her upcoming leave schedule in July 2018. Defendant's counsel has been sick and intermittently out of the office since June 21, 2018, and will also be on pre-scheduled leave and out of the office from July 3, 2018 and return on July 9, 2018.

1

Defendant's counsel respectfully requests this additional time to expend the necessary time to review the record and to evaluate the issues Plaintiff raised, and to submit Defendant's response for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: July 2, 2018
*/s/ Beatrice Na for Jonathan Pena* *
(* As authorized via email on July 2, 2018)
JONATHAN PENA

Attorney for Plaintiff

Dated: July 2, 2018
MCGREGOR W. SCOTT
United States Attorney

By: */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated: **July 3, 2018**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE